IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00156-RPM-MJW

RAFAEL MARRERO,

Plaintiff(s),

v.

TIMOTHY CHRISTOPHER RECTOR, et al.,

Defendant(s).

## MINUTE ORDER
(DN 13)

    It is hereby ORDERED that the Pro Se Defendant Robin Ann Marrero's Motion to File Amended Certificate of Service Pertaining to Answer and Counterclaim Filed on February 29, 2008 (docket no. 13) is GRANTED. The Amended Certificate of Service is accepted for filing today.

Date: March 6, 2008