IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00156-RPM-MJW

RAFAEL MARRERO,

Plaintiff(s),

v.

TIMOTHY CHRISTOPHER RECTOR, et al.,

Defendant(s).

MINUTE ORDER
(DN 17)

    It is hereby ORDERED that Plaintiff's Motion to Stay (docket no. 17) is DENIED in the court's discretion pursuant to Landis v. North American Co., 299 U.S. 248, 254-55, 57 S.Ct. 163 (1936). Nothing prevents the parties from settling their case at anytime and therefore there is no good reason to stay this case.

Date: March 11, 2008