IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00156-RPM-MJW

RAFAEL MARRERO,

        Plaintiff,

v.

TIMOTHY CHRISTOPHER RECTOR and
ROBIN ANN MARRERO,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation of Dismissal with Prejudice [21] filed on March 19, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Dated: March 20th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge